Filing # 204665392 E-Filed 08/14/2024 09:01:30 AM

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**

**VICKIE FORGUES,**

**Plaintiff,**

**v.** **Case No. 2024-CA-003113**

**HOME DEPOT USA, INC.**
**A Foreign Profit Corporation**

**Defendant.**

______________________________/

# COMPLAINT

Plaintiff, VICKIE FORGUES, by and through the undersigned attorney, hereby sue Defendant, HOME DEPOT USA, INC., and alleges:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$100,000" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.
2. At all material times, Plaintiff was a resident of Winter Haven, Polk County, Florida.
3. At all material times, Defendant, HOME DEPOT USA, INC. was a Foreign Profit Corporation authorized to transact business in Polk County, Florida.
4. Events and transactions that give rise to this complaint occurred in Polk County, Florida.

5. Venue lies in Polk County.

6. Plaintiff has complied with all conditions precedent to filing this lawsuit.

**COUNT I PREMISE LIABILITY**

7. Plaintiff re-alleges and incorporates by reference allegations one through six of this complaint.

8. On July 29, 2023, Plaintiff, VICKIE FORGUES, was at the HOME DEPOT USA, INC., located at 2000 8th St NW, Winter Haven FL 33881, which is owned by the Defendant.

9. Plaintiff, VICKIE FORGUES, was exiting the location and while toward the parking lot to return to her vehicle. She walked under a tent in the garden area and she tripped on the tent's raised metal bracket causing her to fall forward on the property, which is owned and operated, managed, and/or maintained by the Defendant.

10. The tented area was not set off from the rest of the parking lot area and guests were free to walk through the area.

11. The metal bracket, which was raised and elevated has no warning signs.

12. Defendant, HOME DEPOT USA, INC., owed a duty to its invitees, including Plaintiff, VICKIE FORGUES, to use reasonable care in maintaining and operating its premises in a reasonably safe condition; and the further duty to use reasonable care to timely discover and eliminate any hazards which existed in and around the premises used by its invitees in the normal course of business; and the further duty to not create hazardous conditions and deny handicapped accessibility to invitees who need it.

13. The dangerous and unsafe condition was known to the Defendant HOME DEPOT USA, INC., or had existed for sufficient length of time so that the Defendant should have known of it or was actually created by the Defendant.

14. Notwithstanding its duty to Plaintiff, VICKIE FORGUES, as set forth above, Defendant, HOME DEPOT USA, INC., negligently failed to keep its premises in a reasonably safe condition and to eliminate or warn invitees using its grounds area of a dangerous condition existing on its premises:

   a. by failing to take reasonable care to eliminate a dangerous condition of which it had actual knowledge;

   b. by failing to post warning signs in and around the area of said dangerous condition;

   c. by failing to mark the dangerous area with paint or some other visible substance so the area could be easily seen;

   d. by failing to use reasonable care to timely discover the existence of the dangerous condition on its premises, by means of a reasonably diligent search or inspection of its premises at reasonable intervals of time.

15. Regardless of the Defendants, HOME DEPOT USA, INC., knowledge of the dangerous and unsafe condition, the Defendant's mode of conducting its operations was such that they breached their duty to maintain their premises in a reasonably safe condition, creating a generalized and foreseeable risk of harming others.

16. As a direct and proximate result of either the defendant's failure to keep its premises in a reasonably safe condition and to eliminate or warn invitees using its grounds area of a dangerous condition, Plaintiff, VICKIE FORGUES, suffered one or more of the following: bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, VICKIE FORGUES, demands judgment for damages and costs against the Defendant, HOME DEPOT USA, INC., and demands a trial by jury.

**DEMAND FOR JURY TRIAL**

Plaintiff, VICKIE FORGUES, demands a trial by jury on all issues so triable.

Dated this 14th day of August 2024.

**JILES & FUGATE LAW GROUP**
P.O. Box 1847
Winter Haven, FL 33882
Telephone: 863-875-6900
Fax: 863-875-6901
Email: jileslawservice@gotocourtforme.com
Attorneys for Plaintiff

*/s/ Shawn A. Jiles*
**SHAWN A. JILES B.C.S.**
**Florida Bar No: 0667870**